THE STATE, H. M. POST ET AL., PROSECUTORS, v. THE
CITY OF PASSAIC.

1. The act of March 8th, 1882 (*Rev. Sup.*, p. 577), and the act of 1887 (*p.*
   231), are general acts which supersede the provisions of city charters
   on the same subject.
2. When a trunk sewer for both surface drainage and sewage is con-
   structed, into which laterals may discharge, the act of 1887 gives the
   only mode of making the assessment.
3. The two above-stated acts provide the only legal mode in which cities
   can construct sewers or drains and assess for their cost.
4. A drain for surface water only must be assessed under the act of March
   8th, 1882.
5. After the work is done in pursuance of an ordinance under the provi-
   sions of a city charter, the ordinance will not be set aside, but if the
   assessment is speedily challenged, that will be set aside that it may be
   made in accordance with the acts of 1882 and 1887.

'On *certiorari* to review sewer assessment.

Argued at November Term, 1893, before Justices VAN
SYCKEL and MAGIE.

For the plaintiffs, *Thomas M. Moore* and *William F.
Gaston.*

For the defendant, *George P. Rust.*

The opinion of the court was delivered by

VAN SYCKEL, J. The writ in this case brings up the
assessment for the Main avenue surface-water drain, from the
northwesterly line of Jefferson street to Park place.

The improvement was ordered and the assessment made
under and in pursuance of the provisions of the city charter.

Under the recent decision of the Court of Errors and
Appeals in *Central Land and Improvement Co.* v. *The Mayor,
&c., of Bayonne, ante,* p. 297, the act of March 8th, 1882
(*Rev. Sup.*, p. 577), is a general act and supersedes the pro-
visions of city charters on the same subject.

Where a trunk sewer for both surface drainage and sewage is constructed, into which laterals may discharge, the act of 1887 (*Pamph. L., p.* 231), gives the only mode of making the assessment, and it also supersedes the charter provisions of cities, as well as the supplement of June 1st, 1886, found in *Rev. Sup., p.* 580, *pl.* 371.

The above-stated act of March 8th, 1882, provides the only legal mode in which cities can construct sewers or drains, and, in connection with the act of 1887 (*Pamph. L., p.* 231), gives the only method of assessment for the work.

The drain in the city of Passaic, which is a brick drain for surface water only, should have been constructed and assessed under the said act of March 8th, 1882, and not in accordance with the provisions of the city charter, but inasmuch as it has been constructed under the city charter without objection, it is now too late to make that objection. The ordinance ordering its construction cannot now be attacked, but the assessment will be set aside, that it may be made under the act of 1882. If the relators had not interposed promptly to set aside the assessment, public policy would constrain the court to deny the right of the relators to assail the assessment.